UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE, | No. 2:17-cv-00872 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendants. | |

Plaintiff, a former Sacramento County jail inmate and currently a state prisoner, is proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.

By order filed October 17, 2018, this court ordered plaintiff to complete and return, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on defendants Goings, Gomez, Grinder, Jackson, James, Schmenk, Smith, and Thompson. The thirty-day deadline has now passed and plaintiff has failed to complete and return the USM-285 forms with copies of his complaint. However, on November 19, 2018 plaintiff did file a notice of change of address and a letter indicating that "he's under mental health treatment for his mental health disability. Also he can't take care of [his] legal proceeding because he doesn't have access to his property or access to the law library." ECF No. 38 at 1. In light of this information, the court will construe plaintiff's letter as a motion for an extension of time to submit the service documents. So construed, the motion will be granted. The court will also sua sponte extend the

1

deadline for filing objections to the October 17, 2018 Findings and Recommendations based on good cause shown.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:
    a. The completed Notice of Submission of Documents;
    b. One completed summons;
    c. One completed USM-285 form for defendants Jail Division Deputy Sheriff Gomez; Jail Division Deputy Sheriff Jackson; Jail Division Deputy Sheriff Thompson; Jail Division Deputy Sheriff Smith; Jail Division Deputy Sheriff Goings; Jail Division Deputy Sheriff Grinder; Jail Division Sergeant Schmenk; and, Jail Division Deputy Sheriff James, all employed at the Sacramento County Main Jail; and
    d. 9 copies of the endorsed amended complaint filed February 26, 2018.
2. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.
3. Any objections to the court's October 17, 2018 Findings and Recommendations are due within 14 days from the date of this order.

Dated: November 30, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/brow0872.8f.docx

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT JONES, et. al.,<br><br>　　　　Defendants. | No. 2:17-cv-00872 CKD P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　\_\_\_\_　　　completed summons form

　　\_\_\_\_　　　completed USM-285 forms

　　\_\_\_\_　　　copies of the _____

　　　　　　　　　　Complaint

DATED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Plaintiff