1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BENJAMIN JUSTIN BROWNLEE, | No. 2:17-cv-00872-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JACKSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending before the court is defendants' motion for summary judgment (ECF No. 55) as well as plaintiff's cross-motion for summary judgment (ECF No. 59). While these matters were pending, plaintiff filed a request for the court to stay the case and order the parties to a settlement conference.  ECF No. 66.  Based on defendants' response to the request as well as the procedural posture of this case, the court will deny plaintiff's request to schedule a settlement conference at this juncture.  If any claim(s) survives summary judgment, the court will reconsider plaintiff's request sua sponte.

/////
/////
/////
/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request to schedule a settlement
2 conference in this matter (ECF No. 66) is denied.
3 Dated: May 1, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  12/brow0872.noadr.docx

2