**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DEPUTY JACKSON, DEPUTY THOMPSON, DEPUTY JAMES, DEPUTY SMITH, DEPUTY GRINDER , DEPUTY GOINGS, DEPUTY GOMEZ, and DEPUTY SCHMENK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE, | CASE NO. 2:17-cv-00872-KJM-CKD P |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SCOTT JONES, et al, | Complaint Filed: 04/25/2017 |
| Defendants. | First Amended Complaint Filed: 02/26/2018 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: June 24, 2020                    PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By _____
                                            Carl L. Fessenden
                                            Matthew W. Gross
                                            Attorneys for Defendants

Dated:                                  By _____
                                            Benjamin Justin Brownlee

{02217791.DOCX}                         1

JOINT STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. All pending motions are terminated. ECF Nos. 55, 57, 59.

Dated:  June 24, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

{02217791.DOCX}                                           2

JOINT STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL WITH PREJUDICE